David B. Feldman
Leonard W. Wagman
SNOW BECKER KRAUSS P.C.
605 Third Avenue
New York, New York 10158
*Attorneys for Represented Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

XIE GUO QIANG, LI YONG XIANG,
JU XIANG CHEN, ZENG ZHAO JU,
GUO QUAN XIE, GUI BAO CHEN,
LI CHEN LONG, XUAN GUAN DONG, and
YOU RUI KUN,

                Plaintiffs,

v.

CHI HSIANG CORP., a.k.a. CHI HSING CORP.
d/b/a OUR PLACE CUISINES OF CHINA,
OUR PLACE SHANG HAI TEA GARDEN,
FEI TANG CORP., KONG PING CHEN,
HING CHEONG YU a.k.a. SAM YU,
CHRISTOPHER HO, KONG CHUN CHEN,
AND KONG CHONG CHEN,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Civil Docket No.:
08-cv-4607 (HB)(DFE)

NOTICE OF APPEARANCE

      **PLEASE TAKE NOTICE THAT** the undersigned law firm has been retained by Defendants, excepting Christopher Ho (hereinafter the "Represented Defendants"), in the above-captioned action and shall appear as counsel on their behalf. The undersigned attorneys are duly admitted to practice in this District and are in good standing to so practice.

Dated: New York, New York
      July 1, 2008

                    Respectfully submitted,

                    SNOW BECKER KRAUSS P. C.

                    By: _/s/ David B. Feldman_
                         David B. Feldman
                         Leonard W. Wagman
                         605 Third Avenue
                         25th Floor
                         New York, New York 10158
                         (212) 455-0476