UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x   Civil Docket No.
XIE GUO QIANG, LI YONG XIANG,                                 08-cv-4607 (HB)(DFE)
JU XIANG CHEN, ZENG ZHAO JU,
GUO QUAN XIE, GUI BAO CHEN,
LI CHUN LONG, XUAN GUAN DONG, and
YOU RUI KUN,

                Plaintiffs,   **STIPULATION**

      v.

CHI HSIANG CORP., a.k.a. CHI HSING CORP.
d/b/a OUR PLACE CUISINES OF CHINA,
OUR PLACE SHANG HAI TEA GARDEN,
FEI TANG CORP., KONG PING CHEN,
HING CHEONG YU a.k.a. SAM YU,
CHRISTOPHER HO, KONG CHUN CHEN,
AND KONG CHONG CHEN,

                Defendants.
----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between Snow Becker Krauss P.C., attorneys for Defendants, excepting Christopher Ho (hereinafter the "Represented Defendants") and The Law Office of Justin A. Zeller, P.C., attorneys for Plaintiffs, that the Represented Defendants' time to answer, move or otherwise respond to the Complaint in regard to the above-captioned action has been extended to and including July 23, 2008.

IT IS FURTHER STIPULATED AND AGREED that the Represented Defendants hereby waive any and all jurisdictional defects in regard to Plaintiffs' service of the Complaint.

This STIPULATION may be executed in counterparts and by facsimile signature which, when taken together, shall be considered an original Stipulation.

Dated: New York, New York
      July 1, 2008

SNOW BECKER KRAUSS P.C.  
Attorneys for the Represented Defendants

By: *[signature]*  
    David B. Feldman  
605 Third Avenue, 25th Floor  
New York, New York 10158  
(212) 455-0476

The Law Office of Justin A. Zeller, P.C.  
Attorneys for Plaintiffs

By: *[signature]*  
    Justin A. Zeller  
251 West 14th Street, 5th Floor  
New York, New York 10011  
(212) 229-2249

SO ORDERED:

_____  
  USDJ