UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

XIE GUO QIANG, LI YONG XIANG,
JU XIANG CHEN, ZENG ZHAO JU,
GUO QUAN XIE, GUI BAO CHEN,
LI CHUN LONG, XUAN GUAN DONG, and
YOU RUI KUN,

Case No.: 08 cv 4607 (HB)(DFE)

**RULE 7.1 DISCLOSURE STATEMENT**

Plaintiffs,

v.

CHI HSIANG CORP., a.k.a. CHI HSING CORP.
d/b/a OUR PLACE CUISINES OF CHINA,
OUR PLACE SHANG HAI TEA GARDEN,
FEI TANG CORP., KONG PING CHEN,
HING CHEONG YU a.k.a. SAM YU,
CHRISTOPHER HO, KONG CHUN CHEN,
AND KONG CHONG CHEN,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel hereby confirms that Defendants Chi Hsiang Corp. and Fei Tang Corp. do not have any parent corporations and that none of their stock is owned by any publicly held corporations.

Dated:  New York, New York
        July 23, 2008

                Respectfully submitted,

                SNOW BECKER KRAUSS P.C.

                By: *David B. Feldman* (signature)
                    David B. Feldman
                    Leonard W. Wagman
                605 Third Avenue
                New York, New York 10158-0125
                Office: 212-455-0476
                Fax:   212-949-7052
                dfeldman@sbklaw.com
                lwagman@sbklaw.com
                *Attorneys for Represented Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| XIE GUO QIANG, LI YONG XIANG, JU XIANG CHEN, ZENG ZHAO JU, GUO QUAN XIE, GUI BAO CHEN, LI CHUN LONG, XUAN GUAN DONG, and YOU RUI KUN, | Case No.: 08 cv 4607 (HB)(DFE) **RULE 7.1 DISCLOSURE STATEMENT** |
| Plaintiffs, | |
| v. | |
| CHI HSIANG CORP., a.k.a. CHI HSING CORP. d/b/a OUR PLACE CUISINES OF CHINA, OUR PLACE SHANG HAI TEA GARDEN, FEI TANG CORP., KONG PING CHEN, HING CHEONG YU a.k.a. SAM YU, CHRISTOPHER HO, KONG CHUN CHEN, AND KONG CHONG CHEN, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel hereby confirms that Defendants Chi Hsiang Corp. and Fei Tang Corp. do not have any parent corporations and that none of their stock is owned by any publicly held corporations.

Dated:   New York, New York
         July 23, 2008

                              Respectfully submitted,

                              SNOW BECKER KRAUSS P.C.

                              By: _/s/ David B. Feldman_
                              David B. Feldman
                              Leonard W. Wagman
                              605 Third Avenue
                              New York, New York 10158-0125
                              Office: 212-455-0476
                              Fax:    212-949-7052
                              dfeldman@sbklaw.com
                              lwagman@sbklaw.com
                              *Attorneys for Represented Defendants*